UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Bankruptcy No. 09 B 43013 |
| KATHRYN STANLEY and ) | |
| BRUCE STANLEY, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | Honorable Donald R. Cassling |
| ) | |
| ) | |

## FINAL PRETRIAL ORDER
### RE: Trustee's Objection to Debtor's Amended Claimed Exemption (doc #59)

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before April 19, 2013, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before April 19, 2013, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial/Evidentiary is set for April 26, 2013 at 8:00 a.m. in Courtroom 4016, 505 North

County Farm Road, Wheaton, Illinois, 60187.

ENTERED:

DATE: **2 9 MAR 2013**

*Donald R. Cassling*
Donald R. Cassling
United States Bankruptcy Judge