UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KATHRYN STANLEY | § | Case No. 09-43013 |
| BRUCE STANLEY | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 4/11/14 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____      By: _____

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| KATHRYN STANLEY | § | Case No. 09-43013 |
| BRUCE STANLEY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | 64,983.63 |
| leaving a balance on hand of[1] | $ | 10,016.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: DAVID R. BROWN | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 4,958.50 | $ 0.00 | $ 4,958.50 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 8,458.50 |
| Remaining Balance | $ | 1,557.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,995.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 7,995.82 | $ 0.00 | $ 1,557.87 |

Total to be paid to timely general unsecured creditors         $         1,557.87

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL  60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                            Case No. 09-43013-DRC
Kathryn Stanley                                                   Chapter 7
Bruce Stanley
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: bchavez              Page 1 of 1        Date Rcvd: Mar 19, 2014
                             Form ID: pdf006            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2014.
db        +Kathryn Stanley,    1008 Dartmouth Drive,    Wheaton, IL 60189-6128
jdb       +Bruce Stanley,    0N108 Nepil Ave.,    Wheaton, IL 60187-3913
14719493   AT&T Universal Citibank,    8787 Baypine Road,    Jacksonville, FL 32256-8528
14719494   Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
14719495  +Chase Bank,    800 Brooksedge Blvd.,    Columbus, OH 43081-2822
15024077  +Chase Home Finance,    P O Box 44118,    Jacksonville, FL 32231-4118
14719496   Citibank,    P.O. Box 15687,    Wilmington, DE 19850-5687
14719499  +Merchants Credit,    223 W. Jackson Blvd., Suite 900,    Chicago, IL 60606-6912
14719500 +++Washington Mutual,    P O Box 9001123,    Louisville, KY 40290-1123
14719501  +Wheaton Sanitary District,    One S 649 Schaffner Road,    P.O. Box 626,    Wheaton, IL 60187-0626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14719497      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14      Discover Financial,
               12 Reads Way,    New Castle, DE 19720-1649
20836609      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
14719498      E-mail/Text: bankruptcy@hraccounts.com Mar 20 2014 01:27:48       H&R Accounts, Inc.,
               7017 John Deere Parkway,    P.O. Box 672,    Moline, IL 61266-0672
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          David R. Brown,   Springer, Brown, Covey, Gaertner & Davis
aty          Law offices of Katz, Friedman, Eagle, Eisenstein,
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
          David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          David M Barish    on behalf of Trustee David R Brown, ESQ dbarish@kfeej.com
          David M. Barry    on behalf of Joint Debtor Bruce  Stanley dbarry330@sbcglobal.net
          David R Brown, ESQ    on behalf of Spec. Counsel    Law Offices of Kupets & DeCaro,PC
           dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          David R McGinley    on behalf of Trustee David R Brown, ESQ dmcginley@kupetsdecaro.com
          George I. Sarolas    on behalf of Debtor Kathryn  Stanley gisarolas@sbcglobal.net,
           gisarolas@sbcglobal.net
          George I. Sarolas    on behalf of Joint Debtor Bruce  Stanley gisarolas@sbcglobal.net,
           gisarolas@sbcglobal.net
          Meredith S Fox    on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```