UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| KATHRYN STANLEY | § | Case No. 09-43013 |
| BRUCE STANLEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**)<br><br>PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**)<br><br>   PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**)<br><br>GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/DAVID R. BROWN_____
                                                                                                              Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wahington Mutual |  |  |  |  |  |
|  | United States Fire INsurance Company |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Congressional Bank | | | | | |
| The Bank of New York Mellon | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| Law Offices of Kupets & DeCaro, P.C. | | | | | |
| Law Offices of Kupets & DeCaro, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal / Citibank 8787 Baypine Road Jacksonville, FL 32256-8528 | | | | | |
| | Central DuPage Hospital 25 N. Winfield Road Winfield, IL 60190-1295 | | | | | |
| | Chase Bank 800 Brooksedge Blvd. Columbus, OH 43081 | | | | | |
| | Citibank P.O. Box 15687 Wilmington, DE 19850-5687 | | | | | |
| | Discover Financial 12 Reads Way New Castle, DE 19720-1649 | | | | | |
| | H&R Accounts, Inc. 7017 John Deere Parkway P.O. Box 672 Moline, IL 61266-0672 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit 223 W. Jackson Blvd., Suite 900 Chicago, IL 60606-6908 | | | | | |
| | Wheaton Sanitary District 1 S 649 Schaffner Road P.O. Box 626 Wheaton, IL 60187 | | | | | |
| 1 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-43013 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | KATHRYN STANLEY | | | | Date Filed (f) or Converted (c): | 11/13/2009 (f) |
| | BRUCE STANLEY | | | | 341(a) Meeting Date: | 01/26/2010 |
| For Period Ending: | 09/29/2014 | | | | Claims Bar Date: | 11/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. personal injury claim (u) | 75,000.00 | 75,000.00 | | 75,000.00 | FA |
| 2. 4 bed, 2 bath, brick single family home, 2 car detached gara | 305,000.00 | 0.00 | | 0.00 | FA |
| 3. TCF Checking Account TCF Bank 800 Burr Ridge Pkwy Burr Ridge | 200.00 | 0.00 | | 0.00 | FA |
| 4. Harris Checking account Harris Bank P.O. Box 94033 Palatine, | 50.00 | 0.00 | | 0.00 | FA |
| 5. Community Bank checking account Community Bank 100 North Whe | 250.00 | 0.00 | | 0.00 | FA |
| 6. Stove, Refrigerator, Freezer, Washer/Dryer, Outdoor patio se | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. 30-50 Harbor Lgts light houses, 15-20 Castle figurines, 108 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. General day-to-day clothing 1008 Dartmouth Drive Wheaton, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. wedding ring, misellaneous costume jewelery Debtor's residen | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Digital camera | 300.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Saturn L300 Debtor's residence | 4,800.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Chevy conversion van Debtor's residence | 500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $396,100.00 $75,000.00 $75,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/15/2013    Current Projected Date of Final Report (TFR): 12/15/2013

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-43013 | Trustee Name: DAVID R. BROWN |
| Case Name: KATHRYN STANLEY | Bank Name: Congressional Bank |
| BRUCE STANLEY | Account Number/CD#: XXXXXX0197 |
| | Checking |
| Taxpayer ID No: XX-XXX0112 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/13 | 1 | WEST BEND<br>1900 South 18th Avenue<br>West Bend, WI 53095 | PI Settlement payment | 1242-000 | $75,000.00 | | $75,000.00 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $69.35 | $74,930.65 |
| 05/09/13 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | | 2600-000 | | $77.03 | $74,853.62 |
| 05/22/13 | | Transfer to Acct # xxxxxx7335 | Transfer of Funds | 9999-000 | | $74,853.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $75,000.00 | $75,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $74,853.62 |
| Subtotal | $75,000.00 | $146.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $75,000.00 | $146.38 |

| | | |
|---|---|---|
| Page Subtotals: | $75,000.00 | $75,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 09-43013 | Trustee Name: | DAVID R. BROWN |
| Case Name: KATHRYN STANLEY | Bank Name: | The Bank of New York Mellon |
| BRUCE STANLEY | Account Number/CD#: | XXXXXX7335 |
| | | Checking |
| Taxpayer ID No: XX-XXX0112 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/29/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx0197 | Transfer of Funds | 9999-000 | $74,853.62 | | $74,853.62 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.30 | $74,821.32 |
| 07/01/13 | 3001 | United States Fire INsurance Company c/o Crum & Forster Attn: John Petrillo 305 Madison Avenue P.O. Box 1973 Morristown, MJ 07962 | Worker's compensation lien reimbursement Claim No. MLC00356456 | 4220-000 | | $25,000.00 | $49,821.32 |
| 07/01/13 | 3002 | Law Offices of Kupets & DeCaro, P.C. Attn: David R. McGinley 77 W. Washington St 20th Floor Chicago, IL 60602 | attorney fees and expenses | 3210-600 | | $25,000.00 | $24,821.32 |
| 07/01/13 | 3003 | Law Offices of Kupets & DeCaro, P.C. Attn: David R. McGinley 77 West Washington St 20th Floor Chicago, IL 60602 | attorney expenses | 3220-610 | | $14,563.69 | $10,257.63 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.63 | $10,150.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.70 | $10,115.30 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.04 | $10,100.26 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.53 | $10,085.73 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.99 | $10,070.74 |

Page Subtotals: $74,853.62   $64,782.88

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-43013 | Trustee Name: DAVID R. BROWN |
| Case Name: KATHRYN STANLEY | Bank Name: The Bank of New York Mellon |
| BRUCE STANLEY | Account Number/CD#: XXXXXX7335 |
| | Checking |
| Taxpayer ID No: XX-XXX0112 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.49 | $10,056.25 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.95 | $10,041.30 |
| 02/04/14 | 3004 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras St New Orleans, LA 70139 | bond premium | 2300-000 | | $10.00 | $10,031.30 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.93 | $10,016.37 |
| 04/16/14 | 3005 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,500.00 | $6,516.37 |
| 04/16/14 | 3006 | SPRINGER BROWN, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,958.50 | $1,557.87 |
| 04/16/14 | 3007 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 19.48 % per court order. | 7100-000 | | $1,557.87 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $74,853.62 | $74,853.62 |
| Less: Bank Transfers/CD's | $74,853.62 | $0.00 |
| Subtotal | $0.00 | $74,853.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $74,853.62 |

Page Subtotals:    $0.00    $10,070.74

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0197 - Checking | $75,000.00 | $146.38 | $0.00 |
| XXXXXX7335 - Checking | $0.00 | $74,853.62 | $0.00 |
| | $75,000.00 | $75,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $75,000.00 |
| Total Gross Receipts: | $75,000.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*